**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| GIGANET SYSTEMS, INC. | : | CIVIL ACTION NO.: 3:18-cv-02138-SRU |
| Plaintiff, | : | |
| v. | : | |
| CORE TECHNOLOGIES, LLC and PETER R. SIKES | : | MAY 28, 2019 |
| Defendants. | : | |

## NOTICE OF BANKRUPTCY

The plaintiff, GigaNet Systems, Inc. hereby gives notice that the defendant, Peter R. Sikes ("Defendant Sikes") filed a petition for relief with the United States Bankruptcy Code for the District of Connecticut under Chapter 7 of the United States Bankruptcy Code on March 21, 2019, Case No. 19-30419 (AMN). Pursuant to 11 U.S.C. §362, this action is automatically stayed as to Defendant Sikes.

                                                            **GIGANET SYSTEMS, INC.**

                                    By:    /s/ *Jeffrey Hellman*
                                                      Jeffrey Hellman (ct04102)
                                                      Law Offices of Jeffrey Hellman, LLC
                                                      195 Church Street, 10th Floor
                                                      New Haven, CT  06510
                                                        Tel.:  (203) 691-8762
                                                       jeff@jeffhallmanlaw.com

1

## CERTIFICATE OF SERVICE

    This is to certify that, on May 28, 2019, a copy of the forgoing was sent by U.S., postage prepaid, mail, or by operation of the Court's CM/ECF system to the following:

James M. Nugent
Harlow, Adams & Friedman, P.C.
One New Haven Avenue, Suite 100
Milford, CT 06460
Jmn@quidproquo.com

                                               By:    /s/ *Jeffrey Hellman*
                                                         Jeffrey Hellman