UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GigaNet Systems, Inc.
    Plaintiff,

3:18cv2138(SRU)

v.

Core Technologies, LLC
Peter R. Sikes
    Defendants.

## DEFAULT JUDGMENT

This action came on for consideration before the Honorable Stefan R. Underhill, United States District Judge, as a result of plaintiff's motion for default judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. On February 13, 2019, a default entered against the defendant Core Technologies, LLC.

The plaintiff filed a motion for default judgment on February 19, 2019, the request for entry of judgment on default was granted on July 11, 2019, for the sum of $190,368.61.

Therefore, it is ORDERED, ADJUDGED and DECREED that default judgment is entered for the plaintiff GigaNet Systems, Inc., against the defendant Core Technologies, LLC.

Dated at Bridgeport, Connecticut, this 30th day of August 2019.

ROBIN D. TABORA, Clerk

By /s/Rochelle Jaiman
Deputy Clerk

EOD: 8/30/2019