UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GIGANET SYSTEMS, INC.,<br>　　　Plaintiff,<br><br>　　　v.<br><br>CORE TECHNOLOGIES, LLC, et al.,<br>　　　Defendants. | No. 3:18-cv-2138 (SRU) |

## CONFERENCE MEMORANDUM AND ORDER

　　　On December 17, 2021, I held a Rule 16 pretrial telephone conference off the record with Jeffrey R. Hellman, attorney for the plaintiff, GigaNet Systems, Inc.; and James M. Nugent, attorney for the only remaining defendant, Peter R. Sikes. The purpose of this conference was to set the schedule for this litigation.

　　　First, we discussed the pending motion to quash the subpoena dated October 29, 2021. Doc. No. 32. The parties have since resolved the dispute, and therefore that motion is denied as moot. Regarding other discovery matters, the parties still await bank records. Given the uncertainty about when those records will be produced, we agreed that the discovery schedule outlined in the Rule 26(f) report should be pushed out by two months. The new deadlines are as follows:

- Completion of Discovery: May 31, 2022
- Dispositive Motions: July 15, 2022

　　　Next, I explained that if discovery disputes do arise, the parties should consider reaching out to Chambers to set up a call rather than filing motions to compel because that may be a more efficient way to address any issues that arise.

Finally, we discussed the prospects for settlement. The parties are not interested in settlement at this time, but are willing to discuss the matter further with their clients. I let them know that they could reach out to Chambers for referral to a magistrate judge should their positions change.

So ordered.

Dated at Bridgeport, Connecticut, this 3rd day of January 2022.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge